**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Christopher B. Schmidt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Experian Information Solutions, Inc., | ) | |
| Pinnacle Credit Services, LLC, Palisades | ) | |
| Collection, LLC, and RJM Acquisitions | ) | |
| LLC, | ) | |
| | ) | Case No. 4:09-cv-044 |
| Defendants. | ) | |

On September 8, 2009, Plaintiff and Defendants Experian Information Solutions, Inc. (Experian) and Palisades Collection, LLC (Palisades) filed stipulations for extensions of time to file responses to Plaintiff's complaint. The court **ADOPTS** the parties' stipulations (Docket Nos. 4 and 6). Experian and Palisades shall have until September 22, 2009, to file responses to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge