**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Christopher B. Schmidt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Experian Information Solutions, Inc., | ) | |
| | ) | Case No. 4:09-cr-044 |
| Defendant. | ) | |

_____

On April 7, 2010, Attorney Thomas J. Lyons, Jr. filed a Notice of Withdrawal.  Therein he advised the court that he was formally withdrawing from representing the Plaintiff in the above-entitled but that Attorney Trista Roy would continue to serve as Plaintiff's counsel.  The court, pursuant to D.N.D. Gen. L.R. 1.3(F), **GRANTS** Mr. Lyons leave to withdraw as Plaintiff's counsel.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2010.

                                                                                                                                             _/s/  Charles S. Miller, Jr._
                                                                                                                                              Charles S. Miller, Jr.
                                                                                                                                              United States Magistrate Judge