**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Christopher B. Schmidt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Experian Information Solutions, Inc., | ) | |
| Pinnacle Credit Services, LLC, Palisades | ) | |
| Collection LLC, and RJM Acquisitions | ) | |
| LLC, | ) | |
| | ) | Case No. 4:09-cv-044 |
| Defendants. | ) | |

___

On August 13, 2010, plaintiff and defendant Experian Information Solutions, Inc. filed a Joint Stipulation for Extension of Dispositive Motions. On August 19, 2010, the court convened a status conference to discuss this stipulation and its impact upon the trial date. Pursuant to the parties discussions, the court **ADOPTS** the parties' stipulation (Docket No. 39) and **ORDERS** that the parties shall have until October 1, 2010, to file dispositive motions. The court further **ORDERS** that the trial set for December 13, 2010, shall be rescheduled for February 15, 2011, at 9:30 a.m. in Minot before Judge Hovland. A three (3) day trial is anticipated. Finally the court **ORDERS** that the final pretrial conference set for November 30, 2010, shall be rescheduled for February 1, 2011, at 10:00 via telephone. The court shall initiate the conference call.

Dated this 19th day of August, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge